FILE COPY

No. 07-13-00348-CV

| | | |
|---|---|---|
| Debra Laverie, Ph.D.<br>   Appellant | § | From the 99th District Court of<br>   Lubbock County |
| | § | |
| v. | | February 20, 2015 |
| | § | |
| James Wetherbe, Ph.D.<br>   Appellee | § | Opinion by Justice Campbell |

## J U D G M E N T

Pursuant to the opinion of the Court dated February 20, 2015, it is ordered, adjudged and decreed that the judgment of the trial court be affirmed.

It is further ordered that appellant pay all costs in this behalf expended for which let execution issue.

It is further ordered that this decision be certified below for observance.

o O o